IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| SAMMIE DAVIS KING, JR., | ) |
| Plaintiff, | ) |
| v. | ) CV 111-142 |
| MARK CHESTANG, Officer, and DENNIS SANDERS, District Attorney, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 9).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a

---

[1] Certain of Plaintiff's objections relate to the Magistrate Judge's denial of his motion for appointment of counsel in an Order issued simultaneously with the Report and Recommendation. (See doc. nos. 10, 11.) Because these objections relate to a nondispositive matter, the Court will only modify or set aside portions of the Order that are "clearly erroneous or . . . contrary to law." Fed. R. Civ. P. 72(a); Loc. R. 72.2; Staley v. Owens, 367 F. App'x 102, 104 n.1 (11th Cir. 2010) (*per curiam*); Knox v. Hayes, 933 F. Supp. 1573, 1575-76 & n.2 (S.D. Ga. 1995) (Edenfield, J.). Here, the Court will not set aside or modify any portions of the Magistrate Judge's Order denying Plaintiff's motion for appointment of counsel, as Plaintiff's objections plainly fail to show that any portion of that Order is clearly erroneous or contrary to law.

claim upon which relief may be granted, Plaintiff's "Motion for Relief for False Arrest and False Imprisonment" is **MOOT** (doc. no. 7), and this civil action is **CLOSED**.

SO ORDERED this 11th day of January, 2012, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA